**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE CHRISTINE M. ARGUELLO**

Courtroom Deputy: Ginny Kramer
Court Reporter: Terri Lindblom
Pretrial/Probation Officer: Pat Lynch

Date: July 31, 2009

_____

Criminal Action No.   09-cr-00189-CMA-12

*Parties:*

UNITED STATES OF AMERICA,

    Plaintiff,

v.

CHRISTOPHER HYUONGUMG,

    Defendant.

*Counsel:*

Zachery Phillips

Harvey Steinberg

_____

**COURTROOM MINUTES**
_____

**HEARING: Motion Hearing - Motion for Reconsideration of *Detention Order***

**8:33 a.m.     Court in session.**

Defendant present in custody.

The Court and counsel discuss the Defendant's Motion for Reconsideration of *Detention Order* [#253] filed June 23, 2009.

The Defendant calls witness, Mr. Richard Reivich.

The witness is sworn.

8:35 a.m.     Direct examination of the witness, Mr. Richard Reivich.

No cross examination.

The witness is excused.

Mr. Steinberg makes an offer of proof as to certain matters that are contained in the memorandum and in the original report.

Reply by Mr. Phillips by the Government.

Statements to the Court by Mr. Pat Lynch from the Probation Department.

The Court enters Findings of Fact, Conclusions of Law, and orders.

Statements to the Court by the Defendant.

**It was ORDER:**

1. Defendant's Motion for Reconsideration of *Detention Order* [#253] filed June 23, 2009, is **denied without prejudice** for the reasons as stated on the record.

2. Defendant is remanded to the custody of the United States Marshal.

**8:55 a.m.     Court in recess**

Hearing concluded.
Total in-court time: 00:22 minutes