### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLORADO

Criminal Case No. 09-cr-00189-CMA-12

UNITED STATES OF AMERICA,

    Plaintiff,

v.

12.  CHRISTOPHER HYUONGHUNG REIVICH,
     a/k/a "Chino," "Arroz,"

    Defendant.

## MINUTE ORDER

ORDER ENTERED BY JUDGE CHRISTINE M. ARGUELLO

    Defendant's Second Motion for Reconsideration of Detention Order (Doc. # 296) is DENIED WITHOUT PREJUDICE for lack of sufficient justification stated in the motion.  The Court will not reconsider the detention order without a detailed description of the documentation and evidence supporting his request.

    DATED:  September 25, 2009