## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
## Judge Christine M. Arguello

Criminal Case No. 09-cr-00189-CMA-12

UNITED STATES OF AMERICA,

    Plaintiff,

v.

12.  CHRISTOPHER HYUONGHUNG REIVICH,
      a/k/a "Chino,"
      a/k/a "Arroz,"

    Defendant.

_____

## MINUTE ORDER GRANTING THIRD MOTION TO RECONSIDER
_____

ENTERED BY CHRISTINE M. ARGUELLO

    A hearing is set on Defendant Christopher Hyuonghung Reivich's Third Motion for Reconsideration of Detention Order (313) for **October 15, 2009, at 9:30 a.m.**

    DATED: October 9, 2009