# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# JUDGE CHRISTINE M. ARGUELLO

Courtroom Deputy: Valeri P. Barnes                    Date: October 15, 2009
Court Reporter: Darlene Martinez
Probation: Patrick Lynch

---

Criminal Action No.  09-cr-00189-CMA-12

| *Parties:* | *Counsel:* |
|---|---|
| UNITED STATES OF AMERICA, | Zachary Phillips |
| Plaintiff, | |
| v. | |
| CHRISTOPHER HYUONGHUNG REIVICH, | Harvey Steinberg |
| Defendant. | |

---

## COURTROOM MINUTES
---

HEARING: Motion

**9:39 a.m.     Court in session**.

Defendant present; in custody.

**ORDER:**     Defendant's Third Motion for Reconsideration of Detention Order **(313)** is **granted** as follows:
          1)     Conditions of release are subject to the recommendations outline in the October 5, 2009 Pretrial Services' Report;
          2)     Posting of a property bond secured by the residence located at 3825 Stephens Road, Boulder, CO, 80305;
          3)     All other conditions of bond remain in full force and effect.

Following the hearing the defendant shall be taken to the magistrate judge for further proceedings relating to conditions of his release not inconsistent with this Order.

**ORDER:**   Defendant is remanded to the custody of the United States Marshal.

**9:48 a.m.**   **Court in recess/hearing concluded**.

Total in-court time: 00:09