**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**JUDGE CHRISTINE M. ARGUELLO**

Criminal Action No.  09-cr-00189-CMA-12

UNITED STATES OF AMERICA,

   Plaintiff,

v.

CHRISTOPHER HYUONGHUNG REIVICH,

   Defendant.

---

**ORDER EXONERATING BOND**

---

   This criminal action has proceeded to sentencing and a final judgment and conviction, and Defendant Reivich was sentenced to TIME SERVED.   As a result, all the conditions of an appearance bond imposed by the court as a pretrial matter to secure Defendant Reivich's release, pursuant to 18 U.S.C. § 3142(c), have been satisfied.  Accordingly, it is

   ORDERED that the bond in this case is hereby exonerated and the surety or sureties, if applicable, are released.  It is further

   ORDERED that the bail funds or property deposited into the registry of the court shall hereby be released by the Clerk of the Court, or a designated deputy, to the surety or the Defendant.

   DATED at Denver, Colorado, this __16th__ day of February, 2011.

                                    BY THE COURT:


                                    _____
                                    CHRISTINE M. ARGUELLO
                                    United States District Judge